# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

Shawn R. Moore

_____

_____

*Plaintiff/Petitioner(s)*

v.

Vienna Correctional Center

_____

_____

*Defendant/Respondent(s)*

Case Number: 13-691-GPM
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☒ CIVIL COMPLAINT pursuant to the Federal Tort Claims Act, 28 U.S.C. §§1346, 2671-2680, or other law

**FILED**
**JUL 16 2013**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

6695 State Route 146 east, K-70822, Vienna Correctional Center

**Defendant #1:**

B. Defendant Vienna Correctional Center is employed as
   (a) (Name of First Defendant)

   _____
   (b) (Position/Title)

   with _____
   (c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?   ☐ Yes   ☒ No

If your answer is YES, briefly explain:

(Rev. 7/2010)                                1

**Defendant #2:**

C.  Defendant _____ is employed as

(Name of Second Defendant)

_____

(Position/Title)

with _____
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ❏ Yes  ❏ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**

D.  Using the outline set forth above, identify any additional Defendant(s).

II. **PREVIOUS LAWSUITS**

    A.    Have you begun any other lawsuits in state or federal court relating to your imprisonment?    ☐ Yes   ☒ No

    B.    If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. <u>Failure to comply with this provision may result in summary denial of your complaint</u>.

        1.    Parties to previous lawsuits:
               Plaintiff(s): None

               Defendant(s): None

        2.    Court (if federal court, name of the district; if state court, name of the county): None

        3.    Docket number: None

        4.    Name of Judge to whom case was assigned: None

        5.    Type of case (for example: Was it a habeas corpus or civil rights action?): None

        6.    Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?): None

        7.    Approximate date of filing lawsuit: None

        8.    Approximate date of disposition: None

III. **GRIEVANCE PROCEDURE**

    A.    Is there a prisoner grievance procedure in the institution? ☑ Yes ☐ No

    B.    Did you present the facts relating to your complaint in the prisoner grievance procedure? ☐ Yes ☑ No

    C.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    D.    If your answer is NO, explain why not.

        They are not the court

    E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☑ No

    F.    If your answer is YES,
        1.    What steps did you take?

        2.    What was the result?

    G.    If your answer is NO, explain why not.

    H.    Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

(Rev. 7/2010)                             4

IV. STATEMENT OF CLAIM

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments of citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

6/21/13 : 42 U.S.C § 241, 42 U.S.C § 242, 42 U.S.C § 1997, (c.) (.d.) 42 U.S.C § 1990, ch. 2 § 2.7

I was sent to Vienna Correctional Center on 6-21-13 to building 19 2nd floor to 3rd floor building 19 Bed # 33A on 6-30-13. I'm under Imenent danger, Gross Negleagence, "Abestoes", Punitive Damages, Verosity, Perpensity, Mental Anguish, Torque Claim, Criminal Malfeasance with harmfull Intent, Reconstruction – Era Law, My due process – 14th/5th Admendments – My C.R.I.P Act, title 6 Civil Acts are Violated Laches 8th Admendment

On 2nd floor building 19 there is no water fountain you get your drinking water from restroom, There is only 2 toilets for 100 Inmates to use daily. Theres pipes in living quarters that contain Abestees, There is Black mold in living quarters on 2nd floor, And Bugs, and spiders that get on me and biter me while im sleeping. I was moved to 3rd floor building 19 Bed 33A on 6-30-13. There is water that drips from the ceiling onto your head when you enter the restroom, there is only 3 working toilets for 104 inmates to use daily, there is no Ventalation in restroom. There is black mold in restroom are all around the showers. There is also black mold in the living quarters, There are pipes in living quarters above my head that Contain "Abestees". Theres Bugs and Spiders that Crawl on me and Bite me while I'm sleeping. Theres mice and rats that destroy my personal property and eat my food.

V. **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

$50,000,000 U.S. D, TAX FREE

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 7-14-13 (date)

Signature of Plaintiff: Shawn Moal

6695 State Route 146 east (Street Address)

Printed Name: Shawn Moore

Vienna Ill 62995 (City, State, Zip)

Prisoner Register Number: K-70822

Signature of Attorney (if any)

(Rev. 7/2010)  6