Shawn Moore K-70822
795 State Route 146 East
Vienna, Ill
62995

CORRESPONDENCE IS
FROM AN INMATE OF
ILLINOIS DEPT. OF
CORRECTIONS

U.S District Court
Southern District of Illinois
Office of the Clerk
750 Missouri Ave
East St Louis, Il
62201

Legal Mail

6220132954